UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

DIANE CLARKE,

        Plaintiff,

v.

KENNETH T. CUCCINELLI, Acting Director
of U.S. Citizenship and Immigration Services,
*et al.*,

        Defendants.

Case No. 2:19-cv-00993-JAD-EJY

**ORDER**

Before the Court is Defendants' Unopposed Motion to Extend Time to File Answer to Complaint (Second Request). ECF No. 16. Defendants represent that "the Parties are negotiating the terms of a possible settlement in this case and would like further time to complete those negotiations." *Id*. at 2:5–6. Further, Defendants certify that Plaintiff, through counsel Charles Bennion, has indicated via email that she does not oppose the Motion. *Id*. at 2:7–8. Although compliant with the Local Rules of Practice otherwise, the Motion is missing the signature block required under LR IA 6-2. Notwithstanding, the Court will grant the Motion at this time.

Accordingly, and with good cause shown,

IT IS HEREBY ORDERED that Defendants' Unopposed Motion to Extend Time to File Answer to Complaint (Second Request) (ECF No. 16) is GRANTED. Defendants shall have until and through December 2, 2019 to answer or otherwise respond to Plaintiff's Complaint.

DATED this 31st day of October, 2019.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE